# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 4, 2025

### NO. 03-25-00010-CV

**121 FM 971 Management, LLC; 521 South Heatherwilde Boulevard Management, LLC; David Efroymson; Daniel Zemel; and Josh Gellis, Appellants**

**v.**

**Park Place Property Holdings, LLC and Dillon Property Holdings, LLC, Appellees**

### APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on December 2, 2024. Having reviewed the record, the Court holds that 121 FM 971 Management, LLC; 521 South Heatherwilde Boulevard Management, LLC; David Efroymson; Daniel Zemel; and Josh Gellis have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.